# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.M. MCDONALD, M.C. HOLIFIELD**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ALVIN D. WILSON JR.**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201400214**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 12 February 2014.
**Military Judge:** LtCol Elizabeth A. Harvey, USMC.
**Convening Authority:** Commanding Officer, Marine Fighter
Attack Training Squadron 101, MAG-11, 3d MAW, MarForPac,
MCAS Miramar, San Diego, CA.
**Staff Judge Advocate's Recommendation:** LtCol K.C. Harris,
USMC.
**For Appellant:** LT Ryan W. Aikin, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**28 August 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority.  Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).


                              For the Court



                              R.H. TROIDL
                              Clerk of Court